EDWARD A. VAN ALSTINE et al., Respondents, *v.* ALVIN J. BELDEN et al., Appellants.

*Van Alstine* v. *Belden,* 41 App. Div. 123, affirmed.
(Argued January 26, 1900; decided February 13, 1900.)

APPEAL from a judgment and order of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 2, 1899, affirming a judgment in favor of plaintiffs entered upon a verdict, and an order denying a motion for a new trial.

*Albert P. Fowler* for appellants.

*George W. Driscoll* for respondents.

Judgment and order affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, CULLEN and WERNER, JJ. Not sitting: VANN, J.

---

MICHAEL LENNON, Respondent, *v.* MARY F. C. SMITH, Appellant, Impleaded with Others.

*Lennon* v. *Smith,* 23 App. Div. 293, affirmed.
(Submitted January 26, 1900; decided February 13, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 21, 1898, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*Frank E. Smith* for appellant.

*John T. Canavan* for respondent.

Judgment affirmed, with costs.

Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.